IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Seaton, Pamela R | Case Number: 07 B 12462 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/13/07 | Filed: 7/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 23, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 2. | Chase Bank | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 14,532.72 | 0.00 |
| 8. | GMAC Mortgage Corporation | Secured | 2,576.65 | 0.00 |
| 9. | GMAC Mortgage Corporation | Secured | 13,950.00 | 0.00 |
| 10. | Saxon Mortgage Services Inc | Secured | 12,818.40 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 3,951.50 | 0.00 |
| 12. | Chase Bank | Unsecured | 1.51 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 103.31 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 458.55 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 101.24 | 0.00 |
| 16. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 17. | Great Lakes Higher Education | Unsecured | | No Claim Filed |
| 18. | Bill Me Later | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 48,493.88 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Seaton, Pamela R

Printed: 12/13/07

Case Number: 07 B 12462
Judge: Goldgar, A. Benjamin
Filed: 7/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

